

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00559-CV

**HILL COUNTRY-SAN ANTONIO MANAGEMENT SERVICES, INC.**
a.k.a. Hill Country Achievement,
Appellant

v.

Rachel **TREJO** as next friend of Rene Trejo,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20045
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant's motion to withdraw this court's opinion of February 12, 2014 is DENIED. We tax costs of court against the party that incurred them. *See* TEX. R. APP. P. 43.4. Each party shall bear their own attorney's fees.

SIGNED December 3, 2014.

Patricia O. Alvarez, Justice